DIEDRICK G. GALE, Respondent.— Matter referred to Hon. Edward B. Thomas, official referee, to take evidence and report thereon with his opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of EDWARD J. CONLEY for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Application of FRANK J. FOLEY for Admission to the Bar. (From the Dominion of Canada.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Application of MAXWELL GELBERG for Admission to the Bar.— Application denied. We regard the decision of the court in the First Department as conclusive on this applicant's petition for admission to the bar. Present — Jaycox, Manning, Kelby, Young and Kapper, JJ.

In the Matter of the Application of CHESTER J. GERKIN for Admission to the Bar. (From the Philippine Islands.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Petition of ALLEN J. McDONALD and Another to Render and Settle Their Accounts as Administrators, etc., of MARGARET M. EASTON, Late of the County of Kings, Deceased.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of JOHN L. McMASTER for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Application of HARRY H. RUBIN for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the Application of JOSEPH K. RYAN for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

SIGNE ADELE JASMAGY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted for failure to comply with rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JACOB KLEIN, Respondent, v. SOL LEVIN and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL NATHAN, Respondent, v. ISRAEL INSEL and Another, Appellants.—Motion for stay granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

NOXON CHEMICAL PRODUCTS COMPANY, INC., Appellant, v. EDGEWAY IMPROVEMENT CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK OSANN, etc., Respondent, v. JOSEPH W. JONES, Appellant.—

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.